379 A.2d 601

Commonwealth v. Mounts, Appellant.

Submitted November 8, 1976. M. Dan Mason, Special Assistant Public Defender, for appellant; Douglass W. Ferguson and Robert S. Bailey, Assistant District Attorneys, for Commonwealth, appellee.

Judgment of sentence affirmed.

379 A.2d 601

Commonwealth v. Mumma, Appellant.

Submitted September 13, 1976. Edward F. Browne, Jr., Assistant Public Defender, for appellant; Charles A. Achey, Jr., Assistant District Attorney, and D. Richard Eckman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.